JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MKRTICH BOZOIAN,

                  Petitioner,

     v.

WARDEN-FACILITY

ADMINISTRATOR, et al.,

               Respondents.

Case No. 5:26-cv-01727-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: April 24, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE